

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 24610
Oklahoma City, OK 73124-0610

November 7, 2017

MARIA T RODRIGUEZ
C/O SHANNON KEITH TURNER
PO BOX 2067,
ORLANDO          FL  32802

Re: Loan Number:            8003
Property Address:   1422 CANAL POINT ROAD
                    LONGWOOD          FL 32750

Dear MARIA T RODRIGUEZ:

Caliber Home Loans, Inc. ("Caliber") would like to inform you that your loan qualifies for our Graceful Exit Deed-in-Lieu Program.  During these trying times, this Program is another option for you to consider regarding your home. There are benefits to completing a deed-in-lieu including: (1) the home does not go to foreclosure sale, which may have a more adverse effect on your credit profile, and (2), you get relief by resolving your debt for good**.**

For a limited time only, Caliber is offering the following incentive:

> **$17,500.00; Incentive monies will be used to assist you in clearing liens and judgments. Incentive monies exceeding liens and judgments are paid to you by check upon successful completion of the deed-in-lieu.**

I am standing by to discuss this unique opportunity with you.  I can be reached at 866-650-0968 between the hours of 8:00 a.m. to 7:00 p.m. Central Time, Monday through Friday, excluding federal holidays.

Hurry, this offer expires 15 days from the date of this letter. A complete Deed-in-Lieu application must be received by the offer expiration in order to be eligible for the incentive.

Please note: this incentive offer will be rescinded immediately if the foreclosure sale date on the above referenced property is scheduled.

Sincerely,

Guadalupe Martin
Property Solutions Department
Caliber Home Loans, Inc.

**The cash payment will be sent at the time the deed-in-lieu is deemed completed. Please take note that forgiveness of debt may have adverse credit and legal consequences and may result in taxable income to you. You are advised to seek advice from an attorney, certified public accountant or other tax professional regarding potential consequences of any debt forgiveness pursuant to this agreement. Caliber Home Loans, Inc. does not provide any tax advice.**

**Notice to FHA Customers: DIL transactions are reported to the Credit Alert Interactive Voice Response System (CAIVRS) which may result in your inability to obtain government financing or other government benefits for a certain period of time.**

Note: There is no guarantee that you will qualify for a particular foreclosure alternative. Foreclosure activity will not cease until a foreclosure alternative agreement has been approved.

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**

**Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287or by visiting www.hud.gov/offices.**