ORDERED.

Dated: June 12, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

                                                     Case No. 6:15-bk-08570-KSJ

BENITO RODRIGUEZ
MARIA RODRIGUEZ                                               Chapter 7

      Debtors
_____/

**AGREED ORDER DENYING MOTION TO SELL PROPERTY
FREE AND CLEAR OF LIENS AND APPROVING SALE OF PROPERTY TO
<u>SECURED CREDITOR</u>**

THIS CASE came before the Court upon the Motion to Sell Property Free and Clear of Liens filed by the Chapter 7 Trustee (DE #150). It being that the parties are in agreement as to the entry of this Order, it is:

**ORDERED:**

1. The Motion to Sell Property Free and Clear of Liens (DE #150) is DENIED.

PH # 89870                                                             1

2.     Upon receipt of an executed deed in lieu, Secured Creditor, U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust ("Secured Creditor) shall complete a final inspection of the property.

3.     Once the property is confirmed vacant, and surrendered in "broom swept condition," as defined in paragraph 4, and a W-9 is received from the Chapter 7 Trustee, Secured Creditor will pay $17,500.00 to the estate.

4.     Borrower and Chapter 7 Trustee (hereinafter collectively referred to as "Borrower"), shall vacate the Property and remove all of their personal belongings by July 1, 2018 ("Vacate Date"). Borrower shall leave the interior and exterior of the Property in "broom- clean" condition, including but not limited to: floors swept and cleaned; carpeting vacuumed and all trash and debris removed from interior, exterior and curb of the Property. Borrower shall not remove any fixture from the Property. "Fixture" includes, but is not limited to, anything affixed/attached to the Property by means of cement, plaster, nails, bolts, screws or roots, such as light fixtures, built-in refrigerators, ovens, stoves, stove-top hoods, air conditioning units, water heaters, furnace, window coverings, wall to wall carpeting, sinks, kitchen and bathroom fixtures, doors, garage door openers, and plants in the yard. Borrower agrees that U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust may remove and dispose of any remaining personal items left at the Property after the Vacate Date. Borrower acknowledges that as of July 1, 2018 she no longer has any claim to possession of the Property or any personal property remaining therein.

Attorney Stefan Beuge, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.