

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/12/2018 11:00 AM

COURTROOM  6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:15-bk-08570-KSJ** | 7 | 10/08/2015 |

**Chapter 7**

**DEBTOR:**   Benito Rodriguez

Maria Rodriguez

**DEBTOR ATTY:**   Hernan Rodriguez

**TRUSTEE:**   Arvind Mahendru

**HEARING:**

1) Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 1422 Canal Point (Doc #150)
Response by US Bank to Motion to Sell Property Free and Clear of Liens (Doc #152)
2) Motion by US Bank for Relief from Stay re: 1422 CANAL POINT ROAD (Doc #133)
Response by Trustee to Motion for Relief from Stay (Doc #137)
Agreed Order Abating Motion For Relief From Stay of U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust for 60 Days (Doc #147)
Note: Discharged 2/22/18
Converted from Chapter 13 to 7 on 11/15/17
Prior Case: 14-03288, Chapter 13 filed in Florida Middle Bankruptcy Court on 03/23/2014 , Dismissed for Other Reason on 07/29/2015.

**APPEARANCES:**:
Arvind Mahendru: Trustee
Stefan Beuge: US Bank Atty

**RULING:**
1) Motion by Trustee to Sell Property Free and Clear of Liens.Property description: 1422 Canal Point   (Doc #150) - Agreed order denying was signed in open court;

2) Motion by US Bank for Relief from Stay re: 1422 CANAL POINT ROAD   (Doc #133) - Granted: Order by Beuge.

   (Pro by LL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.