ORDERED.

Dated: September 28, 2018

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

BENITO RODRIGUEZ
MARIA RODRIGUEZ

Case No:15-8570
Chapter 7

Debtor(s)      /

## ORDER GRANTING APPLICATION FOR COMPENSATION

THIS CASE came on for consideration on the Application for compensation for realtor (Doc #161) filed by Arvind Mahendru, Trustee ("Trustee"). The Court considered the record and finds:

1. The Trustee filed an Application for compensation for realtor ["Application"] (Doc #161) on August 22, 2018.

2. A Certificate of Service was attached to the Application stating that copies of the Application were served to all persons by either electronic transmission or by first-class United States Mail, postage prepaid, in accordance with F.R.B.P. 7004 on August 22, 2018.

3. The Application contained a negative notice provision pursuant to Local Rule 2002-4 which allowed creditors and parties in interest a period of twenty - one (21) days from the date of service of the Motion to file an objection.

4. The twenty – one (21) day notice period has expired and no objections to the Motion have been filed with the Bankruptcy Court.

Based on the foregoing it is

ORDERED as follows:

1. The Motion is GRANTED.

2. The Trustee is authorized to pay Century 21 Carioti in the amount of $1,500.00.

3. The Trustee is authorized to pay BK Global Real Estate Services in the amount of $4,500.00.

Trustee Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.